AERO-BOCKER CORPORATION and Another v. SAUL AXELROD, Impleaded, etc.— Motion granted upon condition that, pending appeal, the stock be deposited in

escrow with an attorney satisfactory to all parties, and in addition that plaintiff furnish a surety company bond in the sum of $13,000. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.